Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRADLEY JOHANSEN,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER A.J. COX and the CITY OF KENT,<br><br>Defendants. | No. 2:16-cv-00416<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR: MARCH 21, 2017 |

**STIPULATION**

It is hereby stipulated by all parties that this action should be dismissed with prejudice and without an award of fees or costs to any party.

DATED: March 21, 2017

STIPULATION AND ORDER OF DISMISSAL
(No. 2:16-cv-00416) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | |
|---|---|
| PETERSON WAMPOLD<br>ROSATO LUNA KNOPP<br>Attorneys for Plaintiff Bradley Johansen | MILLS MEYERS SWARTLING P.S.<br>Attorneys for Corrections Officer Cox<br>and the City of Kent |
| By:  s/ Tomás A. Gahan<br>Felix Gavi Luna, WSBA No. 27087<br>Tomás A. Gahan, WSBA No. 32779<br>1501 4th Avenue, Suite 2800<br>Seattle, WA 98101<br>Telephone: (206) 624-6800<br>Email: luna@pwrlk.com<br>gahan@pwrlk.com | By:  s/Geoffrey M. Grindeland<br>Geoffrey M. Grindeland, WSBA No. 35798<br>Nikki C. Carsley, WSBA No. 46650<br>Mills Meyers Swartling P.S.<br>1000 2nd Avenue, 30th Floor<br>Seattle, WA 98104<br>Telephone: (206) 382-1000<br>Fax: (206) 386-7343<br>E-mail: ggrindeland@millsmeyers.com<br>ncarsley@millsmeyers.com |

## ORDER

Based on the foregoing, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without an award of fees or costs to any party.

DATED: March 22, 2017.

_____
Honorable Robert S. Lasnik

STIPULATION AND ORDER OF DISMISSAL
(No. 2:16-cv-00416) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343